UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| INEZ KAY WALTERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. |
| PILOT TRAVEL CENTERS, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Comes now Defendant, Pilot Travel Centers, LLC, by counsel, and files its Notice of Removal to the United States District Court for the Northern District of Indiana, Fort Wayne Division, pursuant to 28 U.S.C. §§1332, 1441 and 1446 and in support of this Notice would show the Court as follows:

1. Defendant, Pilot Travel Centers LLC is the Defendant in a civil action filed by Plaintiff, Inez Kay Walters on or about April 19, 2020 in the Allen Superior Court 1 under Cause No. 02D01-2004-CT-00021, a copy of which is attached hereto as **Exhibit A**.

Amount in Controversy

2. While Plaintiff's Complaint does not allege a dollar amount for damages, the case does involve a bodily injury claim which has resulted in a broken wrist.

3. Counsel for Defendant has discussed the case with counsel for Plaintiff who confirmed that the amount in controversy does in fact exceed $75,000, the jurisdictional amount required for removal pursuant to 28 U.S.C. §1332(a).

## Citizenship of Parties

4. The Plaintiff is a citizen of Indiana.

5. Pilot Travel Centers LLC d/b/a Pilot Flying J is a limited liability company incorporated under the laws of State of Delaware. Its principal place of business is located at 5508 Lonas Road, Knoxville, Tennessee 38909.

6. Pilot Travel Center LLC is composed of four members: (a) National Indemnity Company; (b) Pilot Corporation; (c) BDT I-A Plum Corporation; and (d) FJM Investments, LLC.

7. National Indemnity Company is a foreign corporation incorporated under the state laws of Nebraska. Its principal place of business is 1314 Douglas Street, Suite 1400, Omaha, Nebraska 68102-1944

8. Pilot Corporation is a foreign corporation organized under the state laws of Tennessee. Its principal place of business is located at 5508 Lonas Road, Knoxville, TN 38909.

9. BDT I-A Plum Corporation is a foreign corporation incorporated under the state laws of Delaware. Its principal place of business is located at 401 N. Michigan Avenue, Chicago, IL 60611.

10. FJM Investments, LLC is a foreign limited liability company organized under the state laws of Utah. FJM Investments, LLC is composed of one member, FJ Management, Inc. FJ Management Inc. is organized under the state laws of Utah. The principal place of business of both entities is 185 State Street, Suite 1300, Salt Lake City, Utah 84111.

11. No member of Pilot Travel Centers, LLC is a citizen of Indiana nor a citizen of Nevada.

12. Because there is complete diversity among the parties pursuant to 28 U.S.C. §1332(a)1, this Court has original jurisdiction in this matter.

13. Pursuant to 29 U.S.C. §1441(a), any civil action brought in a state court of which the District

Courts of the United States have original jurisdiction, may be removed by a Defendant to the District Court of the United States for the district and division embracing the place where such action is pending which would be the United States District Court for the Northern District of Indiana, Fort Wayne Division.

## Timeliness of Removal

14. Plaintiff's Complaint was filed on April 19, 2020.

15. Defendants were served on April 22, 2020 by certified mail.

16. Pursuant to 28 U.S.C. §1446(b)1, this Notice of Removal is timely filed within 30-days of Defendant's receipt of a copy of the initial pleading.

## Proper Jurisdiction of this Court

17. As jurisdiction is proper, Defendants now seek removal to the United States District Court for the Northern District of Indiana, Fort Wayne Division, pursuant to 28 U.S.C. §1441.

18. Defendants desire to and hereby do remove the action reflected in the Complaint attached as **Exhibit A** from the Superior Court of Allen County, Indiana to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

19. This Notice is accompanied by copies of all pleadings served in the lawsuit (state court record). Such pleadings include the following items:

    a. Plaintiff's Complaint attached hereto as **Exhibit A**.

    b. Chronological Case Summary attached hereto as **Exhibit B**.

    c. Summons attached hereto as **Exhibit C**.

    d. Appearance of Inez Kay Walter attached hereto as **Exhibit D**.

    e. Service of Process Transmittal attached hereto as **Exhibit E**.

    f. Order Setting Case Management Conference attached hereto as **Exhibit F**.

    g. Appearance of Danford R. Due and Christopher J. Appel attached hereto as **Exhibit G.**

    h. Motion for Extension of Time to Plead attached hereto as **Exhibit H.**

    i. Order Granting Extension of Time to Plead attached hereto as **Exhibit I.**

    j. Notice of Notice of Removal attached hereto as **Exhibit J**.

20. Promptly after it is filed with this Court, Defendants will serve this Notice of Removal on Plaintiff and file a Notice with the Clerk of the Allen Superior Court 1.

WHEREFORE, Defendant prays that the lawsuit reflected in the Complaint attached hereto as **Exhibit A** be removed to this Court pursuant to the laws of the United States and for all other relief proper in the premises.

                                        DUE DOYLE FANNING & ALDERFER LLP

                                        By: _/s/ Danford R. Due_
                                                 Danford R. Due, Atty. No. 4618-49

                                                 *Attorneys for Defendants, Pilot Travel Centers, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following counsel of record by the Clerk's electronic filing system this ___ day of May 2020:

    All Counsel of Record

                                                 _/s/ Danford R. Due_
                                                Danford R. Due

DUE DOYLE FANNING & ALDERFER LLP
8440 Allison Pointe Boulevard, Suite 350
Fort Wayne, Indiana  46250-4380
(317) 635-7700