USDC IN/ND case 1:20-cv-00199-HAB-SLC document 2 filed 04/19/20 page 1 of 4

02D01-2004-CT-000211
Allen Superior Court 1

Filed: 4/19/2020 4:24 PM
Clerk
Allen County, Indiana
MC

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| INEZ KAY WALTERS, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| PILOT TRAVEL CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Comes now Plaintiff, INEZ KAY WALTERS, by counsel, Jeff JJ Shaw of SHAW LAW, and for her Complaint for Damages against the Defendant, provides as follows:

1. At all times relevant herein Defendant, PILOT TRAVEL CENTERS, LLC,, was a privately-held business or corporation operating and managing a chain of rest stops, restaurants and gas stations throughout the State of Indiana, including one known as "Flying J #304" located 3105 Doyle Road, New Haven, Indiana 46774.

2. Defendant invites guests, members and employees onto the property for entertainment, shopping and dining purposes.

3. Any act, omission, or failure of any employee, staff member, agent or member of the management or ownership and administration of the Defendant, PILOT TRAVEL CENTERS, LLC, shall be deemed the act, omission, or failure of the Defendant.

4. Plaintiff, INEZ KAY WALTERS, was an invitee of Defendant on or about November 21, 2019, when she entered upon Defendant's property described above.

5. Plaintiff, INEZ KAY WALTERS's purpose for being there was to dine at the

Huddle House restaurant located on the property.

6. As an invitee, Plaintiff, INEZ KAY WALTERS, was owed the highest duty of care by the Defendant.

7. Plaintiff, INEZ KAY WALTERS, was being careful in a reasonable manner in walking on the Defendant's property when she slipped and fell as a result of an accumulation of ice and snow on the sidewalk of the property, which was a walking path for visitors.

8. Plaintiff, INEZ KAY WALTERS, was seriously injured as a result.

9. Defendant knew or by the exercise of reasonable care should have discovered the dangerous and unsafe condition of its property and should have realized it involved an unreasonable risk of harm to Plaintiff, INEZ KAY WALTERS, and other invitees; failed to exercise reasonable care by allowing the unsafe and dangerous condition to exist on its property; failing to make reasonable inspections to discover this hazardous condition where invitees and guests would likely be; and failing to warn invitees and guests of the unsafe and dangerous condition of its property.

10. Furthermore, Defendant had sufficient time to discover this condition but failed to remedy or remove the unsafe, dangerous condition such that it would have prevented the injury.

11. Furthermore, Defendant made a voluntary decision to violate numerous safety codes and guidelines regarding safety of the public by allowing such a dangerous and hazardous condition on its property and failing to warn of its danger.

12. Defendant's careless and negligent conduct was the direct and proximate cause of the Plaintiff's injuries.

13. Plaintiff's damages include permanent and temporary physical and mental injuries, medical expenses both past and future, lost wages and impairment of earning capacity, disfigurement and pain and/or suffering with mental anguish.

WHEREFORE, Plaintiff, INEZ KAY WALTERS, prays for judgment against the Defendant in an amount commensurate with her injuries and damages, for costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

**SHAW LAW**

/s/Jeff JJ Shaw
Jeff JJ Shaw (#15265-46)
56 Indiana Avenue
Valparaiso, IN 46383
Tel.: (877) 225-5742
Fax: (866) 328-9775
E-mail: jeffshaw@slipandfall.com
Attorney for the Plaintiff

## JURY DEMAND

Comes now Plaintiff, INEZ KAY WALTERS, by counsel, and pursuant to Indiana Rule of Trial Procedure 38(b), respectfully requests a trial by jury in this matter.

Respectfully submitted,

**SHAW LAW**

/s/Jeff JJ Shaw
Jeff JJ Shaw (#15265-46)
56 Indiana Avenue
Valparaiso, IN 46383
Tel.: (877) 225-5742
Fax: (866) 328-9775
E-mail: jeffshaw@slipandfall.com
Attorney for the Plaintiff