UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| INEZ KAY WALTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:20-CV-00199-HAB-SLC |
| | ) |
| PILOT TRAVEL CENTERS, LLC., | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court for an Order on the Magistrate Judge's Report and Recommendation ("R & R") wherein the Magistrate Judge *sua sponte* recommended this case be remanded to the Allen Superior Court due to the absence of subject matter jurisdiction. (ECF No. 13). The parties had fourteen days after being served with a copy of the R & R to file written objections thereto with the Clerk of Court. No objections to the R & R have been filed.

The undersigned has reviewed the Magistrate Judge's R & R and the conclusion therein that the Defendant has not established with a reasonable probability that the amount in controversy requirement for diversity jurisdiction is met in this case. Accordingly, the determination by the Magistrate Judge that this court lacks subject matter jurisdiction is well-taken. The R & R is APPROVED AND ADOPTED. (ECF No. 13). This case is REMANDED to the Allen Superior Court.

SO ORDERED on October 8, 2020.

    *s/ Holly A. Brady*
    JUDGE HOLLY A. BRADY
    UNITED STATES DISTRICT COURT